UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Kimberly Lawson, | ) | |
| Sharlin Lawson, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 05-10235 JLT |
| vs. | ) | |
| | ) | |
| Inspiration Subs, LLP, | ) | |
| The Quizno's Master, LLC, | ) | |
| Julio Bobadilla, | ) | |
| Jose Bobadilla, | ) | |
| Christina Nault, | ) | |
| Leonarda Bobadilla, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITOUT PREJUDICE

Now come the Plaintiffs, Kimberly Lawson and Sharlin Lawson, by their attorney, and pursuant

to Fed.R.Civ.P. 41(a), hereby dismiss *without prejudice* the above referenced action, noting that

the Plaintiffs have not previously dismissed in any court of the United States or of any state an

action based on or including the same claim.

Respectfully submitted,
Kimberly and Sharlin Lawson,
By their attorney,

/s/ Paul F. Wood_____
Paul F. Wood, BBO 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, Massachusetts  02114
(617) 532-2666